THE PEOPLE OF THE STATE OF NEW YORK v. LEON E. DE PUE.— Motion granted, without costs.

THE PEOPLE OF THE STATE OF NEW YORK v. DORA WARREN.— Motion granted, without costs.